FILED



2:21 pm, 4/19/23
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JUSTIN TAYLOR CLAYBURN,**<br><br>Defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: 23-MJ-28-S |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about March 21, 2023, in the District of Wyoming, the Defendant, **JUSTIN TAYLOR CLAYBURN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely, a Glock, Model 19, 9mm caliber pistol, serial number BSPG972, and a Glock, Model 30, .45 caliber pistol, serial number BUWL960, and the firearms were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

I further state that I am a Special Agent with the ATF and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

**DAVID TUBBS**
Digitally signed by DAVID TUBBS
DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=ATF, cn=DAVID TUBBS, 0.9.2342.19200300.100.1.1=15001003985830
Date: 2023.04.19 11:32:10 -06'00'

Signature of Complainant
DAVID TUBBS

Sworn to before me and subscribed telephonically,

April 19, 2023                          at       Mammoth, Wyoming
Date                                              City and State

HON. STEPHANIE HAMBRICK
United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

**SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**
**SPECIAL AGENT DAVID TUBBS**
**U.S. v. JUSTIN TAYLOR CLAYBURN**

I, David J. Tubbs, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Special Agent (SA) David Tubbs, have been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since July 2020. I am currently assigned to the Cheyenne Field Office of the ATF. I have received extensive law enforcement training at the Department of Homeland Security's Criminal Investigative Training Program and the ATF's Special Agent Basic Training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. This seven-month training program covered subject matters that included federal criminal statutes, interviewing techniques, arrest procedures, use of force, search and seizure authority, narcotics, undercover techniques, search warrant applications, and various other investigative techniques.

2. Prior to working for the ATF, I worked as a certified Police Officer with the Lakewood Police Department in Lakewood, Colorado from July 2010 to June 2020 (10 years) where I conducted and was involved in hundreds of criminal investigations as a Patrol Officer (7 years), Special Enforcement Team Member (3 years), and SWAT Team Member and Team Leader (7 years). In addition, during my duties at Lakewood Police Department, I was a field training officer, tactics instructor, and POST certified handgun and rifle instructor. I also have a bachelor's degree in criminal justice from Grand Valley State University. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal Criminal Violations concerning firearms.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, witnesses, and physical evidence to include body cameras. This affidavit is intended to show merely that there is

sufficient probable cause for the requested complaint and does not set forth all my knowledge about this matter.

4.    This affidavit is submitted in support of an arrest warrant and criminal complaint charging Justin Taylor CLAYBURN (DOB 02/22/1975) with the violation Title 18 U.S.C § 922(g)(1) possession of a firearm by a convicted felon.  I submit probable cause exists to believe that on or about March 21, 2023, in the State and District of Wyoming, CLAYBURN, did knowingly possess firearms, that is: Glock, Model 19, 9mm caliber pistol, serial number BSPG972 and a Glock, Model 30, .45 caliber pistol, serial number BUWL960.

5.    On August 18, 2022, DCI Special Agents (S/A's) began learning from Confidential Sources (CS) that CLAYBURN was selling methamphetamine and resided at 2166 W Wyoming Avenue #35 in Laramie, Albany County Wyoming.  Over the next several months, DCI SA's learned from additional CS's who corroborated CLAYBURN was involved in narcotics distribution.

6.    On December 21, 2022, DCI SA's learned from Probation and Parole Agent Bryce Thul that CLAYBURN had a positive urinalysis for methamphetamine.  DCI SA's continued their investigation and learned CLAYBURN was observed by multiple CS's in possession of at least one or more suspected firearms during drug transactions.

7.    On March 21, 2023, DCI SA's applied for and were granted a signed state search warrant for CLAYBURN's residence at 2166 W Wyoming Avenue #35 in Laramie, Albany County Wyoming.  During the search warrant execution, DCI SA's located the two loaded pistols a Glock, Model 19, 9mm caliber pistol, serial number BSPG972 and a Glock, Model 30, .45 caliber pistol, serial number BUWL960, firearms parts and accessories to include magazines, and assorted ammunition.

8.     DCI SA's attempted to speak with CLAYBURN, however he exercised his Miranda rights and chose not to speak with investigators.

9.     On March 30, 2023, I obtained a certified judgment and sentence report from the Second Judicial District Court in Albany County Wyoming under court case 2021-9241 indicating CLAYBURN is prohibited from possessing firearms due to a felony conviction in July 2022 for one count of Wyoming Statute 6-8-102(a) felon in possession of a firearm. CLAYBURN was sentenced to serve a period of incarceration in the Wyoming State Penitentiary or alternative prison for a period of not less than two (2) years and not more than three (3) years. SA Tubbs reviewed a judgement and sentence report from the District Court of Oklahoma County Oklahoma under court case CF-08-1623 indicating CLAYBURN was convicted in June 2009 for one count of 21 O.S. 645 Assault and Battery with a dangerous weapon.  CLAYBURN was sentenced to ten (10) years in the Oklahoma Department of Corrections.

10.     On April 6, 2022, I submitted an identity confirmation request to the Wyoming Division of Criminal Investigation (DCI) for Justin CLAYBURN. A fingerprint card taken on December 26, 2021, by the Albany County Detention Center in Wyoming was compared to the fingerprint card taken on March 21, 2023, by the Albany County Detention Center in Wyoming. SA Tubbs received a confirmation that the fingerprints compared resulted in an identification of Justin CLAYBURN meaning that the fingerprints originated from the same source.

11.     Special Agent Matt Wright advised both firearms, Glock, Model 19, 9mm caliber pistol, serial number BSPG972 and a Glock, Model 30, .45 caliber pistol, serial number BUWL960 were manufactured in Austria by Glock and imported into the United States by Glock Incorporated in Smyrna, GA, and therefore traveled in and affected interstate commerce.

12.    Based on my training, education, and experience, and the information provided to me, I believe Justin CLAYBURN violated Title 18 U.S.C § 922(g)(1) possession of a firearm by a convicted felon.

**END OF SWORN STATEMENT**

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **JUSTIN TAYLOR CLAYBURN** |
| **DATE:** | April 19, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**<br>(Felon in Possession of a Firearm)<br><br>0-15 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | David Tubbs, ATF |
| **AUSA:** | Jonathan C. Coppom, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |